## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |

| | |
|---|---|
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Claro Chen IRA, and Claro Chen, | Adv. 19-50558 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Catherine Williams IRA, and Catherine Williams, | Adv. 19-50606 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Elizabeth A. Janovsky IRA, and Elizabeth A. Janovsky, | Adv. 19-50700 (JKS) |
| Raymond M. Chambers and Sarah E. Chambers, | |
| Robert W. Haskins and Neoma F. Haskins, | Adv. 19-50777 (JKS) |
| Gwendolyn Bissette, | Adv. 19-50779 (JKS) |
| Helen S. Fong, | Adv. 19-50815 (JKS) |
| IRA Services Trust Company, custodian for the benefit of Bret J. Parent IRA, and Bret J. Parent, | Adv. 19-50818 (JKS) |
| Rebecca K. Wittler, | Adv. 19-50821 (JKS) |
| Karen I. Clara, | Adv. 19-50822 (JKS) |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Angela Chatham IRA; and Angela Chatham, | Adv. 19-50824 (JKS) Adv. 19-50828 (JKS) |
| Barbara Lois Feldman, | |
| Provident Trust Group, LLC, administrator and custodian for the benefit of Martha C. Maclean Roth IRA, and Martha C. Maclean, | Adv. 19-50833 (JKS) Adv. 19-50835 (JKS) |
| Heidi M. Pilant, | |
| Logan Turrentine, | Adv. 19-50841 (JKS) |
| Anna Santacroce, | Adv. 19-50845 (JKS) |
| Christopher Longworth, | Adv. 19-50844 (JKS) |

| | |
|---|---|
| Annua Group LLC, | Adv. 19-50928 (JKS) |
| Eric Little, | Adv. 19-50930 (JKS) |
| RH Principled Investments and Raymond Han, | Adv. 19-50944 (JKS) |
| | Adv. 19-50970 (JKS) |
| Security Financial, LLC and Ameritrust Advisors of SC, LLC, | Adv. 19-51020 (JKS) |
| Annuity Alternatives of America, LLC, | |
| Tangible Assets Investments, LLC and Charles Thorngren, | Adv. 19-51037 (JKS) Adv. 19-51058 (JKS) |
| Eduardo G. Diaz and Diaz Retirement Consultants, | Adv. 19-51071 (JKS) |

Defendants.                    **Ref Docket No. 4698**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO             )
                              ) ss.:
COUNTY OF FRANKLIN   )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on October 29, 2021 at 10:00 a.m. (Prevailing Eastern Time) Before the Honorable J. Kate Stickles," dated October 27, 2021 [Docket No. 4698], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

   c. delivered via facsimile to the party listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
28th day of October, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ASCENSUS LLC | ATTN ROBERT GUILLOCHEAU CEO | 4135 N FRONT ST | | | HARRISBURG | PA | 17110 |
| CHRISTOPHER M SOULIER | | 602 WILLIAM WAY | | | WAUNAKEE | WI | 53597 |
| CHRISTOPHER M. SOULIER | | 703 LOCHMOORE DRIVE | | | WAUNAKEE | WI | 53597 |
| CLARO CHEN | | 19348 EMPTY SADDLE ROAD | | | WALNUT | CA | 91789 |
| DIAZ RETIREMENT CONSULTANTS | ATTN: EDUARDO DIAZ | 107 SAN SOUCI AVE | | | OCEAN SPRINGS | MS | 39564-5340 |
| EDUARDO DIAZ | | 107 SAN SOUCI AVE | | | OCEAN SPRINGS | MS | 39564-5340 |
| GWENDOLYN BISSETTE | | 325 MUELLER DR | | | CLAYTON | NC | 27520 |
| KAREN I CLARA | | 38221 FERNHILL CT | | | CLINTON TOWNSHIP | MI | 48038 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| BENNER-ROTHBOECK | ATTN: THOMAS BENNER | 1008 5TH ST. #1706 | | | ANACORTES | WA | 98221 | TOM@BEROLAW.COM |

**EXHIBIT C**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |